## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **RMAIL, LIMITED** *Plaintiff,* | § § § | |
| V. | § § | **CAUSE NO. 2:10-CV-258-JRG** **LEAD CASE** |
| **AMAZON.COM, ET AL.** *Defendants.* | § § § | |
| | | |
| **RPOST HOLDINGS, INC., ET AL.** *Plaintiffs,* | § § § | |
| V. | § § | **CAUSE NO. 2:11-CV-6-JRG** |
| **CANADA POST CORPORATION, ET AL.,** *Defendants.* | § § § § | |
| | | |
| **RPOST HOLDINGS, INC., ET AL.,** *Plaintiffs,* | § § § | |
| V. | § § | **CAUSE NO. 2:11-CV-16-JRG** |
| **READNOTIFY.COM PTY LTD., ET AL.,** *Defendants.* | § § § § | |
| | | |
| **RPOST HOLDINGS, INC., ET AL.,** *Plaintiffs,* | § § § | |
| V. | § § | **CAUSE NO. 2:11-CV-64-JRG** |
| **ZIX CORPORATION, ET AL.,** *Defendants.* | § § § § | |
| | | |
| **RMAIL, LIMITED, ET AL.,** *Plaintiffs,* | § § § | |
| V. | § § | **CAUSE NO. 2:11-CV-299-JRG** |
| **DOCUSIGN, INC., ET AL.,** *Defendants.* | § § § § | |

1

| | |
|---|---|
| **RMAIL, LIMITED, ET AL.,** § | |
| *Plaintiffs,* § | |
| § | |
| V. § | **CAUSE NO. 2:11-CV-300-JRG** |
| § | |
| **RIGHT SIGNATURE, LLC, ET AL.,** § | |
| *Defendants.* § | |
| § | |
| | |
| **RPOST HOLDINGS, INC., ET AL.,** § | |
| *Plaintiffs,* § | |
| § | |
| V. § | **CAUSE NO. 2:11-CV-325-JRG** |
| § | |
| **ADOBE SYSTEMS INCORPORATED,** § | |
| **ET AL.,** § | |
| *Defendants.* § | |

## ORDER

On August 17, 2012, the Court consolidated the above-styled actions. The Court has now determined that the lead case (*Rmail Limited v. Amazon.com, Inc., et al.,* 2:10-cv-258) is inappropriate for consolidation with such other cases styled above and, as such, hereby **VACATES** the consolidation order dated August 17, 2012. (Dkt. No. 115).

**So ORDERED and SIGNED this 28th day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE