**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **RMAIL, LIMITED** § | |
| *Plaintiff,* § | |
| § | |
| **V.** § | **CAUSE NO. 2:10-CV-258-JRG** |
| § | |
| **AMAZON.COM, INC., ET AL.** § | |
| *Defendants.* § | |
| § | |

**ORDER**

The Court hereby **VACATES** its Order (Dkt. No. 125), which vacated the consolidation order entered in this case (Dkt. No. 115). Accordingly, the consolidation order (Dkt. No. 115) is re-instated in all respects, and this case will serve as the lead case for the applicable consolidated cases.

On August 23, 2012, parties to the above-styled action filed an Agreed Motion to Continue P.R. 4-5 Deadlines to Allow Formation of Consolidated Case Scheduling (Dkt. No. 118). Such motion is hereby **GRANTED**. All deadlines in the above-styled action are hereby **STAYED** until a new docket control order is entered in the consolidated cases or for 30 days, whichever is sooner; and such stay shall expire upon the earlier of these events to occur.

**So ORDERED and SIGNED this 29th day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE