IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br>PAYPAL, and SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL D/B/A SWIFT,<br><br>Defendants. | CASE NO. 2:10-CV-258-JRG<br>LEAD CASE |
| RPOST HOLDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CANADA POST CORPORATION and INNOVAPOST INC.,<br><br>Defendants. | CASE NO. 2:11-cv-6-JRG |
| RPOST HOLDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>READNOTIFY.COM PTY LTD., CHRIS DRAKE, and SILICON VALLEY WEB HOSTING, INC.,<br><br>Defendants. | CASE NO. 2:11-cv-16-JRG |

| | |
|---|---|
| RPOST HOLDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ZIX CORPORATION,<br><br>Defendants. | CASE NO. 2:11-cv-64-JRG |
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC.,<br><br>Defendant. | CASE NO. 2:11-cv-299-JRG-RSP |
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RIGHT SIGNATURE, LLC, FARMERS GROUP, INC., and FARMERS INSURANCE COMPANY, INC.,<br><br>Defendants. | CASE NO. 2:11-cv-300-JRG-RSP |

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED and ECHOSIGN, INC.<br><br>Defendants. | CASE NO. 2:11-cv-325-JRG-RSP |

### JOINT NOTICE REGARDING DESIGNATION OF MEDIATOR

TO THE HONORABLE COURT:

COME NOW, RMAIL LIMITED, AMAZON.COM, INC., and PAYPAL, the parties to the lead case in this consolidated action, along with the other parties to the member cases (collectively referred to as the "Parties"), and file this Notice Regarding Designation of Mediator. The Court's September 17, 2012 Docket Control Order requires that on September 26, 2012 the Parties are to jointly file a notice that identifies the agreed upon mediator(s), or indicates that no agreements were reached.

No final agreements were reached regarding the designation of an agreed upon mediator or mediators in this case.

Dated: September 26, 2012

Respectfully submitted,

| | |
|---|---|
| */s/ Robert P. Greenspoon* | */s/ James E. Geringer* |
| Robert P. Greenspoon (*admitted pro hac vice*) | James E. Geringer (OR Bar No. 951783) |
| rpg@fg-law.com | james.geringer@klarquist.com |
| FLACHSBART & GREENSPOON, LLC | Salumeh R. Loesch (OR Bar No. 090074) |
| 333 N. Michigan Ave., 27th Floor | salumeh.loesch@klarquist.com |
| Chicago, IL 60601 | John D. Vandenberg (OR Bar No. 893755) |
| Tel: 312-551-9500 | john.vandenberg@klarquist.com |
| Fax: 312-551-9501 | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| Kenneth C. Goolsby | Portland, Oregon 97204 |
| Texas Bar No. 24003668 | Telephone: (503) 595-5300 |
| casey.goolsby@boonlaw.com | Facsimile: (503) 595-5301 |
| BOON, SHAVER, ECHOLS, | |
| COLEMAN & GOOLSBY, PLLC | Jennifer Parker Ainsworth |
| 1800 NW Loop 281, Suite 310 | Texas Bar No. 00784720 |
| Longview, TX 75604 | jainsworth@wilsonlawfirm.com |
| Tel: 903-759-2200 | WILSON, ROBERTSON & CORNELIUS, P.C. |
| Fax: 903-759-3306 | One American Center |
| | 909 ESE Loop 323, Suite 400 |
| *Attorneys for Plaintiff, Rmail Limited* | P.O. Box 7339 [75711] |
| | Tyler, Texas 75701 |
| | Telephone: (903) 509-5000 |
| | Facsimile: (903) 509-5092 |
| | |
| | *Attorneys for Defendants Amazon.com, Inc. and PayPal, Inc.* |

| | |
|---|---|
| *Attorneys for Plaintiffs, RPost Holdings, Inc. Rpost International Limited, and RMail Limited in 2:11-cv-6, 2:11-cv-16, 2:11-cv-64* | *Attorneys for Defendants, Canada Post Corporation and Innovapost Inc.* |
| *Attorneys for Plaintiffs, RPost Holdings, Inc. Rpost Communications Limited, and RMail Limited in 2:11-cv-299, 2:11-cv-300, 2:11-cv-325* | |

*/s/ Lewis E. Hudnell, III*

Winston O. Huff,
State Bar No. 24068745
Navarro Huff PLLC
302 N. Market, Suite 450
Dallas, Texas 75202
214.749.1220 (Firm)
214.749.1223 (Fax)
whuff@navarrohuff.com

Lewis E. Hudnell, III
Colvin Hudnell LLP
375 Park Avenue Suite 2607
New York, New York 10152
Tel: 347.855.4772
Fax: 347.772.3034
lewis@colvinhudnell.com

Christopher O. Green
Georgia Bar No. 037617
Jack P. Smith III
Georgia Bar No. 659999
Jacqueline Tio
Georgia Bar No. 940367

FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
404.892.5005
404.892.5002 (facsimile)
cgreen@fr.com
jay.smith@fr.com
tio@fr.com

OF COUNSEL:

Katherine K. Lutton
California Bar No. 194971

FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
650.839.5070
650.839.5071 (facsimile)
lutton@fr.com

*Attorney for Defendant Silicon Valley Web Hosting, Inc.*

*/s/ J. Pat Heptig*
J. Pat Heptig
pheptig@heptiglaw.com
Heptig Law Group, Ltd.
One Lincoln Center
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Tel: 214-649-7909

*Attorneys for Defendant
Zix Corporation*

*/s/ David M. Barkan*
Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com

OF COUNSEL:
David M Barkan
Fish & Richardson - Redwood City
500 Arguello St
Suite 500
Redwood City, CA 94063
Tel: 650-839-5070
Fax: 650-839-5071
barkan@fr.com

Roger A Denning
Fish & Richardson - San Diego
12390 El Camino Real
San Diego, CA 92130
Tel: 858-678-5070
Fax: 858-678-5099
denning@fr.com

*Attorney for Defendant Docusign, Inc.*

*/s/ David A. Lowe*
David A. Lowe, Esq.
Lowe Graham Jones PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301
Email: lowe@lowegrahamjones.com

Jose C. Villarreal, Esq.
Wilson Sonsini Goodrich & Rosati PC
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
T: 512.338.5400
F: 512.338.5499
Email: jvillarreal@wsrg.com

*Attorneys for Defendants Right Signature, LLC,*

*/s/ Arnold S. Weintraub*
Arnold S. Weintraub
The Weintraub Group, P.L.C.
28580 Orchard Lake Road, Ste. 140
Farmington Hills, Michigan 48334
T: 248-865-9430
F: 248-856-9436
aweintraub@weintraubgroup.com

*Attorneys for Defendants Farmers Insurance Company, Inc. and Farmers Group, Inc.*

*/s/ David D. Bahler*
David D. Bahler (State Bar No. 01513100)
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Ste. 1100
Austin, Texas 78701
T: 512-536-3005
F: 512-536-4598
dbahler@fulbright.com

*Attorneys for Adobe Systems Incorporated and Echosign, Inc.*

*/s/ Andrew P. Valentine*
Andrew P. Valentine
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303
t: 650.833.2000
f: 650.833.2001
andrew.valentine@dlapiper.com

## **CERTIFICATE OF CONFERENCE**

  I hereby certify that I have conferred with all counsel of record regarding this motion and all have indicated to me that they have no opposition.

              */s/ Kenneth C. Goolsby*
              Kenneth C. Goolsby

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this Agreed Motion for Entry of Proposed Discovery Order, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of September, 2012.

                                      */s/ Kenneth C. Goolsby*
                                      Kenneth C. Goolsby