IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br>PAYPAL, and SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL D/B/A SWIFT,<br><br>Defendants. | CASE NO. 2:10-CV-258-JRG<br>LEAD CASE |
| RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>READNOTIFY.COM PTY LTD., CHRIS DRAKE, and SILICON VALLEY WEB HOSTING, INC.,<br><br>Defendants. | CASE NO. 2:11-cv-16-JRG |
| RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ZIX CORPORATION,<br>Defendants. | CASE NO. 2:11-cv-64-JRG |

| | |
|---|---|
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOCUSIGN, INC., <br><br> Defendant. | CASE NO. 2:11-cv-299-JRG-RSP |
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RIGHT SIGNATURE, LLC, FARMERS GROUP, INC., and FARMERS INSURANCE COMPANY, INC., <br><br> Defendants. | CASE NO. 2:11-cv-300-JRG-RSP |
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED and ECHOSIGN, INC. <br><br> Defendants. | CASE NO. 2:11-cv-325-JRG-RSP |

**JOINT MOTION FOR PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**

---

The parties to the above-titled actions hereby file this Joint Motion for Page Limits for Claim Construction Briefing. The patents involved in this case are U.S. Patent No. 6,182,219 B1 and C1 (collectively, "the '219 Patent"); and U.S. Patent No. 6,571,334 C1 ("the '334 Patent") (collectively, "the Feldbau patents"). Also involved are U.S. Patent No. 7,707,624 ("the '624 Patent"); U.S. Patent No. 7,865,557 B2 ("the '557 Patent"); and U.S. Patent No. 7,966,372 ("the '372 Patent") (collectively, "the Tomkow patents"). As noted in the parties Joint Claim Construction Statement (Dkt. No. 211), rather than filing individual briefs, the parties in the member cases have jointly agreed to consolidate much of their briefing, in a way that will minimize the number of pages submitted to the Court while providing each party with the opportunity to be heard. In this case, unlike the typical consolidated case, the defendants in each of the different cases face varying numbers and groups of patents-at-issue. In some cases, just a single patent in one patent family is asserted; in other cases, multiple patents from multiple families are asserted. In addition, different groupings of plaintiffs are involved in the different cases. Consequently, the parties on both sides have worked together to arrive at a briefing structure that balances the needs of different defendants to address the issues at stake in their particular cases, and provides the plaintiffs adequate space to address the issues overall. The parties respectfully request that the Court therefore enter the following claim construction briefing page limitations in the consolidated actions captioned above:

a. Plaintiffs will file an Opening brief not to exceed thirty (45) pages on claim construction issues in the Feldbau patents (the '219 and '334 Patents);

b. Plaintiffs will file a brief not to exceed thirty (30) pages on claim construction issues in the Tomkow patents (the '624, '557, and '372 Patents);

c. Defendants will file a brief not to exceed forty-five (45) pages on claim construction

issues in the Feldbau patents (the '219 and '334 Patents);

d.  Defendants will file a brief not to exceed thirty (30) pages on claim construction issues in the Tomkow patents (the '624, '557, and '372 Patents);

e.  Any Defendant may file a Supplemental Response Brief of not more than five (5) pages;

f.  Plaintiffs will file a Reply brief not to exceed fifteen (15) pages on claim construction issues in the Feldbau patents (the '219 and '334 Patents); and

g.  Plaintiffs will file a Reply brief not to exceed fifteen (15) pages on claim construction issues in the Tomkow patents (the '624, '557, and '372 Patents);

The parties to the above-titled actions respectfully request that the Court grant this Joint Motion for Page Extension for Claim Construction Briefing.  Attached is a proposed Order for the Court's use.

Dated:  December 20, 2012

Respectfully submitted,

| | |
|---|---|
| */s/ Robert P. Greenspoon* | */s/ James E. Geringer* |
| Robert P. Greenspoon (*admitted pro hac vice*) | James E. Geringer (OR Bar No. 951783) |
| rpg@fg-law.com | james.geringer@klarquist.com |
| FLACHSBART & GREENSPOON, LLC | Salumeh R. Loesch (OR Bar No. 090074) |
| 333 N. Michigan Ave., 27th Floor | salumeh.loesch@klarquist.com |
| Chicago, IL 60601 | John D. Vandenberg (OR Bar No. 893755) |
| Tel: 312-551-9500 | john.vandenberg@klarquist.com |
| Fax: 312-551-9501 | KLARQUIST SPARKMAN, LLP |
| | 121 S.W. Salmon Street, Suite 1600 |
| Kenneth C. Goolsby | Portland, Oregon 97204 |
| Texas Bar No. 24003668 | Telephone: (503) 595-5300 |
| casey.goolsby@boonlaw.com | Facsimile: (503) 595-5301 |
| BOON, SHAVER, ECHOLS, | |
| COLEMAN & GOOLSBY, PLLC | Jennifer Parker Ainsworth |
| 1800 NW Loop 281, Suite 310 | Texas Bar No. 00784720 |
| Longview, TX 75604 | jainsworth@wilsonlawfirm.com |
| Tel: 903-759-2200 | WILSON, ROBERTSON & CORNELIUS, P.C. |

| | |
|---|---|
| Fax: 903-759-3306 | One American Center |
| | 909 ESE Loop 323, Suite 400 |
| *Attorneys for Plaintiff, RMail Limited* | P.O. Box 7339 [75711] |
| | Tyler, Texas 75701 |
| | Telephone: (903) 509-5000 |
| | Facsimile: (903) 509-5092 |
| | |
| | *Attorneys for Defendants Amazon.com,* |
| | *Inc. and PayPal, Inc.* |

| | |
|---|---|
| *Attorneys for Plaintiffs, RPost Holdings, Inc. RPost International Limited, and RMail Limited in 2:11-cv-6, 2:11-cv-16, 2:11-cv-64* | *Attorneys for Defendant, Readnotify.com Pty Ltd.* |
| *Attorneys for Plaintiffs, RPost Holdings, Inc. RPost Communications Limited, and RMail Limited in 2:11-cv-299, 2:11-cv-300, 2:11-cv-325* | |
| */s/ Lewis E. Hudnell, III* <br> Winston O. Huff, <br> State Bar No. 24068745 <br> Navarro Huff PLLC <br> 302 N. Market, Suite 450 <br> Dallas, Texas 75202 <br> 214.749.1220 (Firm) <br> 214.749.1223 (Fax) <br> whuff@navarrohuff.com <br><br> Lewis E. Hudnell, III <br> Colvin Hudnell LLP <br> 375 Park Avenue Suite 2607 <br> New York, New York 10152 <br> Tel: 347.855.4772 <br> Fax: 347.772.3034 <br> lewis@colvinhudnell.com | */s/ J. Pat Heptig* <br> J. Pat Heptig <br> pheptig@heptiglaw.com <br> Heptig Law Group, Ltd. <br> 1700 Pacific Ave., Suite 2650 <br> Dallas, Texas 75201 <br> Tel: 214-451-2154 |
| | *Defendant Chris Drake for Himself, pro se* <br> */s/ Christopher Drake* <br> Mr. Christopher Drake <br> christopher@pobox.com <br> 8 Masthead Quay <br> Noosaville, QLD 4566 <br> AUSTRALIA <br><br> *Attorneys for Defendant Zix Corporation* <br><br> */s/ David M. Barkan* |

                                                  Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com

OF COUNSEL:
David M Barkan
Fish & Richardson - Redwood City
500 Arguello St
Suite 500
Redwood City, CA 94063
Tel: 650-839-5070
Fax: 650-839-5071
barkan@fr.com

Roger A Denning
Scott A. Penner
Fish & Richardson - San Diego
12390 El Camino Real
San Diego, CA 92130
Tel: 858-678-5070
Fax: 858-678-5099
denning@fr.com

*Attorneys for Defendant Docusign, Inc.*

*/s/ David A. Lowe*

David A. Lowe, Esq.
Lowe Graham Jones PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301
Email: lowe@lowegrahamjones.com

Jose C. Villarreal, Esq.
Wilson Sonsini Goodrich & Rosati PC
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
T: 512.338.5400
F: 512.338.5499
Email: jvillarreal@wsrg.com

*Attorneys for Defendant Right Signature, LLC,*
*/s/ Arnold S. Weintraub*

Arnold S. Weintraub
The Weintraub Group, P.L.C.
28580 Orchard Lake Road, Ste. 140
Farmington Hills, Michigan 48334
T: 248-865-9430
F: 248-856-9436
aweintraub@weintraubgroup.com

*Attorneys for Defendants Farmers Insurance Company, Inc. and Farmers Group, Inc.*


*/s/ David D. Bahler*

David D. Bahler (State Bar No. 01513100)
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Ste. 1100
Austin, Texas 78701
T: 512-536-3005
F: 512-536-4598
dbahler@fulbright.com

*Attorneys for Adobe Systems Incorporated and Echosign, Inc.*
*/s/ Andrew P. Valentine*

                                            Andrew P. Valentine
                                            DLA PIPER LLP (US)
                                            2000 University Avenue
                                            East Palo Alto, California 94303
                                            t: 650.833.2000
                                            f: 650.833.2001
                                            andrew.valentine@dlapiper.com

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with all counsel and unrepresented parties of record regarding this Joint Motion and all have indicated to me that they have no opposition.

*/s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel and unrepresented parties of record who are deemed to have consented to electronic service are being served with a copy of this Joint Motion for Page Extension for Claim Construction Briefing, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of December, 2012.

*/s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III