IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br>PAYPAL, and SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL D/B/A SWIFT,<br><br>Defendants. | CASE NO. 2:10-CV-258-JRG<br>LEAD CASE |
| RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>READNOTIFY.COM PTY LTD., CHRIS DRAKE, and SILICON VALLEY WEB HOSTING, INC.,<br><br>Defendants. | CASE NO. 2:11-cv-16-JRG |
| RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ZIX CORPORATION,<br>Defendants. | CASE NO. 2:11-cv-64-JRG |

| | |
|---|---|
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOCUSIGN, INC., <br><br> Defendant. | CASE NO. 2:11-cv-299-JRG-RSP |
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RIGHT SIGNATURE, LLC, FARMERS GROUP, INC., and FARMERS INSURANCE COMPANY, INC., <br><br> Defendants. | CASE NO. 2:11-cv-300-JRG-RSP |
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED and ECHOSIGN, INC. <br><br> Defendants. | CASE NO. 2:11-cv-325-JRG-RSP |

**<u>ORDER</u>**

    Having been presented for consideration the parties to the above-titled actions Joint Motion for Page Limits for Claim Construction Briefing (Dkt. No. 227), the Court having considered same, finds that good cause does not exist and that the Joint Motion should be and is hereby DENIED.

    **So ORDERED and SIGNED this 21st day of December, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE