IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br>PAYPAL, and SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL D/B/A SWIFT,<br><br>Defendants. | CASE NO. 2:10-CV-258-JRG<br>LEAD CASE |
| RPOST HOLDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CANADA POST CORPORATION and INNOVAPOST INC.,<br><br>Defendants. | CASE NO. 2:11-cv-6-JRG |
| RPOST HOLDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>READNOTIFY.COM PTY LTD., CHRIS DRAKE, and SILICON VALLEY WEB HOSTING, INC.,<br><br>Defendants. | CASE NO. 2:11-cv-16-JRG |

| | |
|---|---|
| RPOST HOLDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZIX CORPORATION, <br><br> Defendants. | CASE NO. 2:11-cv-64-JRG |
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC., <br><br> Plaintiffs, <br><br>     v. <br><br> DOCUSIGN, INC., <br><br> Defendant. | CASE NO. 2:11-cv-299-JRG-RSP |
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC., <br><br> Plaintiffs, <br><br>     v. <br><br> RIGHT SIGNATURE, LLC, FARMERS GROUP, INC., and FARMERS INSURANCE COMPANY, INC., <br><br> Defendants. | CASE NO. 2:11-cv-300-JRG-RSP |

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED and ECHOSIGN, INC.<br><br>Defendants. | CASE NO. 2:11-cv-325-JRG-RSP |

## ORDER REQUIRING PRIORITIZED CLAIM TERMS

The Court enters this Order *sua sponte*. In an effort to most efficiently manage the upcoming *Markman* hearing, the Court **ORDERS** the parties to identify and prioritize eight (8) terms from Plaintiff and 8 from the Defendants, and then file a Joint Notice with the Court by February 13, 2013 at noon reflecting such selections. The Court has allotted three hours for the *Markman* hearing, which will be structured such that the designated terms selected by the parties pursuant to this Order will be argued on a term-by-term basis as the Court directs.

The parties should focus their arguments primarily on the disputed claim terms and each side will be limited to not more than 10 minutes per side to make initial introductory remarks or offer an overview of the case as a whole. Any terms not addressed during the *Markman* hearing will be decided based on the parties written submissions. The Court directs the parties to continue their efforts with regard to narrowing the number of issues in this case. The Court also directs the parties to provide notice to the Court as soon as any dispute regarding a claim term is resolved, either by agreement or withdrawal.

**So ORDERED and SIGNED this 11th day of February, 2013.**

                                                                                            RODNEY GILSTRAP  
                                                                                            UNITED STATES DISTRICT JUDGE