**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RMAIL LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., et al., <br><br> Defendants. | CASE NO. 2:10-CV-00258-JRG <br> LEAD CASE <br><br> Hon. Rodney Gilstrap |
| RMAIL LIMITED, et.al., <br><br> Plaintiffs, <br><br> v. <br><br> DOCUSIGN, INC., <br><br> Defendant. | CASE NO. 2:11-cv-299-JRG |

**NOTICE OF JOINDER BY DEFENDANT DOCUSIGN, INC. IN MOTION OF
DEFENDANT PAYPAL, INC.'S FOR PARTIAL SUMMARY JUDGMENT OF
INVALIDITY UNDER 35 U.S.C. SECTION 101**

On May 4, 2012, Defendant PayPal, Inc. filed a Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. Section 101 (Dkt. No. 96). The motion has been fully briefed. (See Dkt. Nos. 98, 99, 103, 104, 109, 111, 112, 128, 145, 157, 192.) Defendant DocuSign, Inc. hereby joins in that motion.

DATED this 15th day of March, 2013.

        s/ David A. Lowe, (Admitted *Pro Hac Vice)*
Washington State Bar No. 24453
LOWE GRAHAM JONES^PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301
Lowe@LoweGrahamJones.com

Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH^LLP
303 South Washington Avenue
Marshall, Texas 75670
T: 903.934.8450
F: 903.934.9257
Melissa@gillamsmithlaw.com

*Attorneys for Defendant DocuSign, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5. Any other counsel of record will be served by U.S. mail or hand delivery.

EXECUTED on March 15, 2013, at Seattle, Washington.

/s/ David A Lowe