# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br><br>                 Plaintiffs,<br><br>  v.<br><br>AMAZON.COM, INC., and PAYPAL,<br><br>                 Defendants. | Civil Action No. 10-CV-258<br>(Lead Case)<br><br>Hon. Rodney Gilstrap |
| RMAIL LIMITED,<br>RPOST COMMUNICATIONS, LIMITED,<br>RPOST HOLDINGS, INC.<br><br>                 Plaintiffs<br><br>v.<br>READNOTIFY.COM PTY LTD.,<br>CHRIS DRAKE, and<br>SILICON VALLEY WEB HOSTING, INC.<br><br>                 Defendants. | Civil Action No. 11-CV-16 JRG<br>(Member Case)<br><br>Hon. Rodney Gilstrap |

**NOTICE OF JOINDER BY READNOTIFY.COM AND CHRISTOPHER DRAKE IN MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. SECTION 101**

On May 4, 2012, Defendant PayPal, Inc. filed a Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. Section 101 (Dkt. No. 96). The motion has been fully briefed. (*See* Dkt. Nos. 98, 99, 103, 104, 109, 111, 112, 128, 145, 157, 192.)

Defendant Readnotify.com and Christopher Drake hereby join that motion.[1]

Dated: March 18, 2013                          Respectfully submitted,

---

[1] This motion was also recently joined by Defendant DocuSign, Inc. *See* Dkt. No. 304.

        _/s/  J. Pat Heptig_ _____

J. Pat Heptig
State Bar No. 00793940
HEPTIG LAW GROUP, LTD.
1700 Pacific Ave., Suite 2650
Dallas, Texas  75201
(214) 451-2154 (Telephone)
(214) 306-5424 (Facsimile)
PHeptig@heptiglaw.com
Attorneys for Defendant
READNOTIFY.COM

_/s/ Christopher Drake_ (*by permission JPH*)

*Pro Se* Defendant Christopher Drake

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 18th day of March, 2013, this document was electronically filed with the Clerk of the Court for the United States District Court, Eastern District of Texas, using the Court's CM/ECF system.  Pursuant to Local Rule CV-5(a)(3), this electronic filing acts to electronically serve all who have consented to service via the Court's CM/ECF system or via electronic mail.

                                                                          _____*/s/  J. Pat Heptig*_____