IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br>                 Plaintiff,<br>v.<br>AMAZON.COM, INC., *et al.,*<br>                 Defendants. | Case No. 2:10-cv-258-JRG<br>(Lead Case) |
| RPOST HOLDINGS, INC., *et al.*,<br>                 Plaintiffs,<br>v.<br>ADOBE SYSTEMS INCORPORATED, *et al.*,<br>                 Defendants. | Case No. 2:11-cv-325-JRG<br>(Member Case) |

**NOTICE OF JOINDER BY DEFENDANT ADOBE SYSTEMS INCORPORATED AND ECHOSIGN, INC., IN DEFENDANT PAYPAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. SECTION 101**

On May 4, 2012, Defendant PayPal, Inc., filed a Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. Section 101 (Dkt. No. 96). The motion has been fully briefed. (*See* Dkt. Nos. 98, 99, 103, 104, 109, 111, 112, 128, 145, 157, 192). Defendants Adobe Systems Incorporated and Echosign, Inc., hereby join in that motion.

Dated: March 18, 2013

Respectfully submitted,

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost
State Bar No. 21671300
**DLA Piper LLP (US)**
1000 Louisiana, Suite 2800
Houston, Texas 77002-5005
Telephone: 713.425.8400
Facsimile: 713.425.8401
claudia.frost@dlapiper.com

Andrew P. Valentine (admitted *pro hac vice*)
Robert Buergi (admitted *pro hac vice*)
Erik R. Fuehrer (admitted *pro hac vice*)
**DLA Piper LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303
Telephone:  650.833.2000
andrew.valentine@dlapiper.com
robert.buergi@dlapiper.com
erik.fuehrer@dlapiper.com

**ATTORNEYS FOR DEFENDANTS ADOBE SYSTEMS INCORPORATED and ECHOSIGN, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 18, 2013, to all counsel of record pursuant to the Court's CM/ECF system.

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost