**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RMAIL LIMITED,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., and PAYPAL,<br><br>        Defendants. | Civil Action No. 10-CV-258<br>(Lead Case)<br><br>Hon. Rodney Gilstrap |
| RMAIL LIMITED,<br>RPOST COMMUNICATIONS, LIMITED,<br>RPOST HOLDINGS, INC.<br><br>        Plaintiffs<br><br>v.<br>READNOTIFY.COM PTY LTD.,<br>CHRIS DRAKE, and<br>SILICON VALLEY WEB HOSTING, INC.<br><br>        Defendants. | Civil Action No. 11-CV-16 JRG<br>(Member Case)<br><br>Hon. Rodney Gilstrap |

**NOTICE OF COMPLIANCE REGARDING SUMMARYJUDGMENT LETTER
BRIEF ON NON-INFRINGEMENT OF THE ASSERTED PATENTS AND THE
TRADEMARK-RELATED CLAIMS**

In compliance with the Court's standing orders, Defendants Readnotify.com and

Christopher Drake here give notice of their letter brief requesting permission to file a

motion for summary judgment of non-infringement of U.S. Patent Nos. 6,182,219 and

6,571,334 (the "Feldbau" patents) and non-infringement of the trademark-related claims.

A copy of the letter brief is attached hereto as Exhibit 1.

Dated: March 18, 2013                              Respectfully submitted,

_/s/  J. Pat Heptig _____

J. Pat Heptig
State Bar No. 00793940
HEPTIG LAW GROUP, LTD.
1700 Pacific Ave., Suite 2650
Dallas, Texas  75201
(214) 451-2154 (Telephone)
(214) 306-5424 (Facsimile)
PHeptig@heptiglaw.com
Attorneys for Defendant
READNOTIFY.COM

*/s/ Christopher Drake  (by permission JPH*)

*Pro Se* Defendant Christopher Drake

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of March, 2013, this document was electronically filed with the Clerk of the Court for the United States District Court, Eastern District of Texas, using the Court's CM/ECF system.  Pursuant to Local Rule CV-5(a)(3), this electronic filing acts to electronically serve all who have consented to service via the Court's CM/ECF system or via electronic mail.

_____*/s/  J. Pat Heptig*_____