**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| RMAIL LIMITED, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:10-cv-258-JRG |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| AMAZON.COM, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## <u>ORDER</u>

The Court dismissed all claims and counterclaims in this suit between Plaintiff Rmail Limited and Defendant Amazon.com, Inc. on March 13, 2013. Therefore, Amazon.com's Motion for Summary Judgment of Abatement and Absolute Intervening Rights (Dkt. No. 193) is hereby DENIED AS MOOT.

**So ORDERED and SIGNED this 16th day of July, 2013.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE