IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | C.A. No. 2:10-cv-258-JRG<br>(Lead Case) |
| RPOST HOLDINGS, INC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORTED, *et al.*,<br><br>    Defendants. | C.A. No. 2:11-cv-325-JRG<br>(Member Case) |

**DEFENDANTS ADOBE SYSTEMS INCORPORATED
AND ECHOSIGN, INC.'S NOTICE RELATING TO JULY 30, 2013
CORRESPONDENCE RECEIVED FROM COUNSEL IN LITIGATION
<u>RELATING TO RPOST, ZAFAR KHAN AND TERRANCE TOMKOW</u>**

Defendants Adobe Systems Inc. and EchoSign, Inc. (collectively, "Adobe"), respectfully submit this notice relating to correspondence received by counsel for Adobe on July 30, 2013:

1. Email correspondence from counsel for shareholders in Shareholder Derivative Adversary Proceeding Complaint titled *Thomas Burke v. Zafar Khan, Terrance Tomkow, RPost International Limited, RMail Limited, RPost Communications, LTD, Juan Rojas and Mememtex, Inc.*, United States Bankruptcy Court, Central District of California, Case No. 2:13-bk-19713-VZ.  Attached to the email correspondence was a Shareholder Derivative Complaint filed on July 29, 2013.  The email correspondence and Complaint are attached as **Exhibit A**.

2. Email correspondence from counsel for Kenneth Barton in *Kenneth Barton v. RPost International Limited et al.*, Superior Court of the State of California, County of Los Angeles, Case No. YC061581 [Related to Case No. YC065259].  Defendants in that lawsuit include Zafar Khan and Terrance Tomkow.  Attached to the email correspondence was an Amended Statement of Decision in that litigation.  The email correspondence and Amended Statement of Decision are attached as **Exhibit B**.

Dated: July 30, 2013

Respectfully submitted,

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost
State Bar No. 21671300
**DLA PIPER LLP (US)**
1000 Louisiana, Suite 2800
Houston, Texas 77002-5005
Telephone:  713.425.8400
Facsimile:  713.425.8401
claudia.frost@dlapiper.com

Brian K. Erickson
brian.erickson@dlapiper.com
State Bar No. 24012594
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

>Andrew P. Valentine (admitted *pro hac vice*)
>Christine K. Corbett (admitted *pro hac vice*)
>Robert Buergi (admitted *pro hac vice*)
>Erik R. Fuehrer (admitted *pro hac vice*)
>**DLA P**IPER **LLP (US)**
>2000 University Ave.
>East Palo Alto, CA 94303
>Telephone:  650.833.2000
>andrew.valentine@dlapiper.com
>christine.corbett@dlapiper.com
>robert.buergi@dlapiper.com
>erik.fuehrer@dlapiper.com
>
>**Attorneys for Defendants Adobe Systems Incorporated and EchoSign, Inc.**

## Certificate of Service

The undersigned hereby certifies that on July 30, 2013, a true and correct copy of the above and foregoing document will be send to all counsel of record by electronic mail.

>*/s/ Claudia Wilson Frost*
>Claudia Wilson Frost

2