IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **RMAIL LIMITED,** *Plaintiff,* | § § § | |
| V. | § § | CAUSE NO. 2:10-CV-258-JRG |
| **AMAZON.COM, INC., et al.,** *Defendants.* | § § § § | CONSOLIDATED |
| **RMAIL LIMITED, et al.,** *Plaintiffs,* | § § § | |
| V. | § § | CAUSE NO. 2:11-CV-299-JRG |
| **DOCUSIGN, INC.** *Defendant.* | § § § § | MEMBER |
| **RPOST HOLDINGS, INC., et al.,** *Plaintiffs,* | § § § | |
| V. | § § | CAUSE NO. 2:11-CV-325-JRG |
| **ADOBE SYSTEMS INC., et al.,** *Defendants.* | § § § § | MEMBER |

**ORDER**

The Court held a hearing on August 1, 2013 and enters this Order *sua sponte*. Two days ago, Defendants Adobe Systems Incorporated and Echosign, Inc. filed a Notice Relating to July 30, 2013 Correspondence Received From Counsel in Litigation Relating to RPost, Zafar Khan and Terrance Tomkow, alerting the Court to two related co-pending litigations involving the Plaintiffs and certain of Plaintiffs' officers or directors. (*See* Dkt. No. 540.) Such related litigations include a

shareholders derivative action filed in the United States Bankruptcy Court for the Central District of California, Los Angeles Division. The other litigation is in the Superior Court for Los Angeles County, California, where the current corporate representative for Plaintiffs in the above cases has been adjudged to have committed fraud. Such matters may have significant and substantive effects on the Plaintiffs' posture in these cases. The above cases in this Court being on the eve of jury selection and trial, the consequences and foreseeable ramifications of these identified litigations in California create a material risk that the time and resources of both the parties and this Court could be wasted if such continue to move forward as currently scheduled.

Accordingly, pursuant to the Court's inherent authority to manage its docket and based upon the reasoning as stated on the record during the August 1, 2013 hearing, all proceedings in these cases are hereby **STAYED** for ninety (90) days, or until earlier Order of this Court. The parties are further directed to jointly file a notice reporting on the then current status of such co-pending litigations filed in California within seventy-five (75) days of this Order.

**So ORDERED and SIGNED this 1st day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE