IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED, | Civil Action No. 2:10-CV-258-JRG |
| | (Lead Case) |
| Plaintiff, | |
| | Hon. Rodney Gilstrap |
| v. | |
| AMAZON.COM, INC., *et al*., | |
| Defendants. | |

**DECLARATION OF LEWIS E. HUDNELL, III, IN SUPPORT OF RPOST HOLDINGS INC.'S, RPOST COMMUNCIATIONS LIMITED'S, AND RMAIL LIMITED'S OPPOSED MOTION TO STRIKE NOTICE OF LIEN**

I, Lewis E. Hudnell, III, declares as follows:

1. I am a partner at Colvin Hudnell LLP, counsel to RMail Limited, RPost Communications Limited, and RPost Holdings, Inc., (collectively, the "RPost Plaintiffs") in this action. I am duly licensed to practice law in the State of New York and I am admitted to this Court. I submit this Declaration in support of the RPost Plaintiffs' Opposed Motion To Strike Notice Of Lien (Dkt. No. 550). I have personal knowledge of the facts stated in this Declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of excerpts from the August 30, 2013 Court Reporter's Transcript of the court proceedings held in *Barton v. RPost Int'l Ltd.*, No. YC61581 (Cal. Super., Rice, J.) at p. 60, lines 23-28, and at p. 61, lines 1-6.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of October, 2013 at New York, New York.

_____
Lewis E. Hudnell, III