**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **RMAIL LIMITED,** *Plaintiff,* | § § § | |
| V. | § § | **CAUSE NO. 2:10-CV-258-JRG** |
| **AMAZON.COM, INC., et al.,** *Defendants.* | § § § § | **CONSOLIDATED** |
| **RMAIL LIMITED, et al.,** *Plaintiffs,* | § § § | |
| V. | § § | **CAUSE NO. 2:11-CV-299-JRG** |
| **DOCUSIGN, INC.** *Defendant.* | § § § § | **MEMBER** |
| **RPOST HOLDINGS, INC., et al.,** *Plaintiffs,* | § § § | |
| V. | § § | **CAUSE NO. 2:11-CV-325-JRG** |
| **ADOBE SYSTEMS INC., et al.,** *Defendants.* | § § § § | **MEMBER** |

## ORDER

On October 15, 2013, the parties filed a Joint Notice Regarding Status of California Co-Pending Litigations (Dkt. No. 552) recommending a continuation of the 90 day stay of this action. The Court has considered the Joint Notice and the potential impact of the California litigations.

Accordingly, the Court hereby **EXTENDS THE STAY** in this case for an additional 60

days upon the expiration of the previously-ordered 90 day stay, or until earlier Order of this Court. The parties are further directed to jointly file a notice reporting on the then current status of such co-pending litigations filed in California 15 days prior to the expiration of the stay.

**So Ordered and Signed on this**

**Oct 16, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE