# EXHIBIT B

1

2   Nancy Curry, Chapter 13 Trustee
    Omid Moezzi, Esq. (SBN 260145)
3   700 S. Flower St, Ste 1215
    Los Angeles, CA 90017
4   Tel: (213) 689-3014
    Fax: (213) 689-3055

5

6

7

8

9                 **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

11

12  In re:                              ) Chapter 13
                                        )
13                                      ) Case No. 2:13-bk-19713-VZ
    ZAFAR DAVID KHAN                    )
14                                      ) **DECLARATION OF OMID MOEZZI,**
                                        ) **ATTORNEY FOR CHAPTER 13 TRUSTEE,**
15                      Debtor          ) **IN SUPPORT OF CREDITOR'S MOTION TO**
                                        ) **CONVERT TO CHAPTER 7 [Docket No.**
16                                      ) **41]**
                                        )
17                                      ) **HEARING DATE/TIME**
                                        ) Date: October 7, 2013
18                                      ) Time: 11:00 a.m.
                                        ) Courtroom: 1368
19                                      )     255 E Temple Street
                                        )     Los Angeles, CA 90012
20  _____    )

21                 **DECLARATION OF OMID MOEZZI**

22

23      I, OMID MOEZZI, do hereby declare and state as follows:

24

25      1.   I am employed by the Trustee as a staff attorney and am

26  duly qualified to make this declaration. As to the following facts, I

27  know them to be true from my personal knowledge or I have gained

28  knowledge of them from the Trustee's business records which were

                                  1

1  maintained in the ordinary course of business made at or near the

2  time of the acts, conditions, or events to which they date.

3      2.   Nancy Curry is the Chapter 13 Trustee (the "Trustee") with

4  respect to Chapter 13 Case No. 2:13-bk-19713-VZ of Zafar David Khan.

5      3.   This voluntary chapter 13 case was filed on April 14, 2013

6  by debtor through his attorney, Lewis Landau.

7      4.   The initial §341(a) Meeting of Creditors was scheduled and

8  held on May 28, 2013 at 9:00AM. At that time, the matter was

9  continued to July 2, 2013 due to documents including proof of income

10 that was not yet received by the Chapter 13 Trustee. Various

11 creditors were present at this meeting.

12     5.   On May 30, 2013, the Chapter 13 Trustee filed an objection

13 to debtor's plan based on the examination conducted on May 28, 2013

14 (attached as Exhibit A and hereinafter incorporated by reference).

15     6.   On July 2, 2013, at the continued §341(a) Meeting of

16 Creditors, the Chapter 13 Trustee again continued the meeting due to

17 proof of income documents that were provided to the Chapter 13

18 Trustee as a compact disc that could not be processed by the trustee.

19 Various creditors were again present at this meeting. The matter was

20 continued to August 8, 2013.

21     7.   On August 8, 2013, at the time of the continued §341(a)

22 Meeting of Creditors the Chapter 13 Trustee again conducted her

23 examination. Various creditors were parent at this meeting.

24     8.   Debtor's schedules disclose his ownership interest in

25 various corporations including RPost International, RPost

26 Communication, and RMail Limited (attached as Exhibit B and

27 hereinafter incorporated by reference).

28

9.   Debtor provided to the trustee on or around August 2013, tax returns for RPost US Inc., RPost Holdings Inc., Zansu Inc. and his personal tax returns.

10.   While debtor's schedules disclose secured debts totaling $583,000.00 and unsecured debts totaling $144,558.00, the claim register provides for a total secured claim amount of $568,032.48 and a total of $67,621,223.91 (attached as Exhibit C and hereinafter incorporated by reference).  .

11.   Debtor's total unsecured debts are not disclosed and render the debtor ineligible under 11 U.S.C. §109(e).

12.   Debtor's Statements of Financial Affairs questions number 19 – 24 fail to sufficiently respond regarding the businesses inventory, interested current or former parties, withdrawals from the business and other required information of an officer, director, or managing executive (attached as Exhibit B and hereinafter incorporated by reference).

13.   Debtor's documents fail to provide sufficient information to properly determine the present values of all the assets of the various corporations to which debtor is an officer, insider, or managing executive.

14.   Debtor's documents fail to provide sufficient information to properly determine the value of common and preferred shares of all the various corporations to which debtor holds stock.

15.   Debtor's documents fail to provide sufficient information to properly determine any debts owed by the corporation that would be attributable to the debtor.

16.   Finally, the best interest of creditors would be served if the case was converted to Chapter 7 thereby assigning a trustee to

3

1  properly    liquidate    the    assets    and    provide    distributions    to

2  outstanding creditors.

3

4      I declare under penalty of perjury that the foregoing is true

5  and complete to the best of my knowledge. Executed at Los Angeles,

6  California on September 23, 2013.

7

8  Date: September 23, 2013                /s/ OMID MOEZZI_____
                                          Omid Moezzi
9                                         Attorney for Nancy Curry
                                          Chapter 13 Trustee
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

NANCY CURRY CHAPTER13 TRUSTEE
700 S. Flower St, Ste 1215
Los Angeles, CA 90017

The foregoing document described as **DECLARATION OF OMID MOEZZI, ATTORNEY FOR CHAPTER 13 TRUSTEE, IN SUPPORT OF CREDITOR'S MOTION TO CONVERT TO CHAPTER 7 [Docket No. 41]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/23/13, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Philip A Zampiello** McGarrigle Kenney & Zampiello philipz@mkzlaw.com
- **Scott E Shapiro, Esq** Law Offices of Scott E Shapiro PC scott.e.shapiro.esq@gmail.com
- **Thomas Burke** c/o Appell Shapiro, LLP scott@asattorney.com
- **Lewis R Landau** Horgan Rosen Beckham & Coren LLP LLandau@HorganRosen.com

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 9/23/13, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
**Zafar David Khan**
1929 Ruhland Ave, Unit A
Redondo Beach, CA 90278

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/23/13, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 E. Temple St
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/23/2013 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| Date | Type Name | Signature |

# EXHIBIT A

Case 2:10-cv-00258-JRG   Document 555-2   Filed 10/17/13   Page 8 of 41 PageID #:  13576
Case 2:13-bk-19713-VZB   Doc 26   Filed 05/30/13   Entered 05/30/13 09:54:34   Desc
Main Document   Page 1 of   Page 7 of 40

Nancy Curry, Chapter 13 Standing Trustee
700 South Flower Street, Suite 1215
Los Angeles, CA 90017
TEL: (213) 689-3014
FAX: (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE<br><br>KHAN, ZAFAR DAVID<br><br><br><br><br><br><br><br><br><br>Debtor | Case No. 2:13-bk-19713-VZ<br><br>Chapter 13<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307**<br><br>Date: February 10, 2014<br>Time: 09:00 AM<br>Ctrm: 1368<br>     255 East Temple Street<br>     Los Angeles, CA 90012 |

The Chapter 13 Standing Trustee hereby objects to the confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration and supporting Exhibit A.

THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO RESPOND TO THESE OBJECTIONS, APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE. THEREFORE, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED: May 30, 2013

/s/ Nancy Curry
Chapter 13 Standing Trustee

Case 2:10-cv-00258-JRG   Document 555-2   Filed 10/17/13   Page 9 of 41 PageID #:  13577
Case 2:13-bk-19713-VZB   Doc 86   Filed 06/03/13   Entered 06/03/13 09:54:34   Desc
Main Document   Page 2 of   Page 8 of 40

### DECLARATION OF MASAKO OKUDA

I, MASAKO OKUDA, declare as follows:

1. Nancy Curry is the Chapter 13 Standing Trustee in this matter KHAN, ZAFAR DAVID

    , 2:13-bk-19713-VZ. I am employed by the Trustee as

    a staff attorney and am duly qualified to make this declaration. The Trustee has files and

    records kept by her office in  the regular course of business. I have personally reviewed

    the files and records kept by her office in  the within case. The following facts are true and

    correct within my own personal knowledge and I could and would testify competently

    thereto if called upon to do so.


2. I object to confirmation of the proposed Plan because of the specific deficiencies which

    are set forth in the attached Exhibit A which is incorporated herein by reference.


I declare under penalty of perjury that the foregoing is true and correct.


DATED: May 30, 2013                                    /s/ Masako Okuda
                                                        Masako Okuda

Case 2:10-cv-00258-JRG   Document 555-2   Filed 10/17/13   Page 10 of 41 PageID #:   13578
Case 2:13-bk-19713-VZB   Doc 256   Filed 09/03/13   Entered 09/03/13 09:54:30   Desc
Main Document   Page 3 of 8   Page 9 of 40

Case Name: Khan, Zafar David
Case No.   2:13-bk-19713-VZ

## EXHIBIT A

If the Debtor fails to produce the requested documents and fails to resolve the issues set forth in this objection to confirmation, the Trustee will recommend dismissal or conversion of the case for cause and unreasonable delay that is prejudicial to creditors. See 11 USC §§1307(c) and 1307(c)(1).

Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.

The Debtor has a duty to cooperate with the Trustee. See 11 USC §521(a)(3) and FRBP 4002(4).

The Debtor has the burden of proof for plan confirmation. See In re: *Huerta* 137 BR 356, 365 (Bkrtcy. C.D.Cal., 1992), In re: *Wolff* 22 BR 510, 512 (9th Cir. BAP (Cal.) 1982), In re *Hill* 268 BR 548, 552 (9th Cir. BAP (Cal.), 2001).

| Objection | Possible Resolution |
|---|---|
| **Failure to disclose** | **In re Rolland, 317 BR 402 (Bankr. C.D. Cal 2004)** |
| The Debtor has failed to disclose [11 USC §521(a)(1)] | |
| 1. Assets – Debtor has failed to list the number of shares he holds in various entities including the business valuation, debts, and assets. Debtor has also failed to disclose interest in other businesses both within and outside the U.S. Debtor to disclose all bank accounts, domestic and international, to which he has ability to withdraw, deposit, or has the ability to sign on behalf of a corporation. | Debtor must disclose all assets in his schedules. |
| **Best effort** | **Hamilton v. Lanning, 130 S.Ct. 2464 (2010)** |
| The Plan does not represent a best effort of the Debtor [11 USC §1325(b)(1)(B)]  because | |
| 1. Not all scheduled expenses appear to be reasonable and/or necessary. Transportation $1,040/mo; Home Maintenance $921/mo; Clothing $500/mo. In re Smith, 418 BR 359 (BAP 9th Cir. 2009) | Debtor must commit all disposable income in to the plan. |
| **Liquidation** | |
| The Plan provides less for general unsecured creditors than they would receive in Chapter 7 [11 USC §1325(a)(4)]. 1. The Plan's own liquidation analysis reflects that general unsecured creditors must receive at least __100%__ whereas the Plan provides  40 % 2. The schedules reflect that there is non-exempt equity which would result in a higher percentage payment to general unsecured creditors. Debtor's schedules disclose a value of $751k where as an online appraisal values the real property at $833k (see attached). | Debtor must provide for full payment of class 5 creditors due to unexempt equity in his home. |

## Income

| | |
|---|---|
| The Debtor has failed to timely (7 days before the §341(a) debtor examination) provide<br><br>(1) Payment advices (documentation) to prove income received during the sixty days preceding the date of the petition [11 USC §521(a)(1), LBR 3015-1(c)(3)].<br><br>(2) Complete copies of Federal and State Income Tax Returns, including W-2s, 1099s (or other supporting documentation) for the most recently ended calendar year [ 11 USC §521(e)(2), LBR 3015-1(c)(3)]. | Debtor to provide business and personal tax returns for 2008 – 2012 including businesses outside the U.S. including business statements. |
| The Debtor has failed to comply with the business reporting requirements of LBR 3015-1(c)(4) for all businesses, and holding companies, within and outside the U.S. for Rpost (and its various entities and corporations) and Zansu, Inc. | <ul><li>Actual monthly income and expense statements (not a profit and loss statement) for the six months preceding the date of the petition with supporting bank statements; and continue to provide these statements each month until a plan is confirmed;</li><li>Projected income and expenses for the 12 month period following the filing of the petition;</li><li>Evidence of appropriate business insurance and required licenses;</li><li>Complete Federal and State income tax returns for each of the five years preceding the filing of the petition;</li><li>Inventory of goods and list of business furniture and equipment as of the date the petition date.</li></ul> |

## Statement of Financial Affairs (SOFA) - Blank or incomplete items

**In re Rolland, 317 BR 402 (Bankr. C.D. Cal 2004)**

| | |
|---|---|
| The Debtor has failed to accurately and completely answer all items. | No. 18 - 21 regarding various businesses to which debtor is an executive, director or shareholder. Debtor must disclose all shareholders of various businesses, date shares were acquired, valuation documents, funds received and disposition of shareholder funds. |

## Debtor attorney fee

| | | |
|---|---|---|
| There are fee discrepancies among the Plan, RARA, SOFA, and the §341(a) testimony. | BR Form 2016(b) | $9,281.00 |
| | SOFA Item 9. | $9,281.00 |
| | RARA | $0 |

Case 2:10-cv-00258-JRG   Document 555-2   Filed 10/17/13   Page 12 of 41 PageID #:  13580
Case 2:13-bk-19713-VZB   Doc 286   Filed 09/03/13   Entered 09/03/13 09:54:30   Desc
Main Document   Page 5 of 40   Page 11 of 40

| **Miscellaneous** |
| --- |

- Debtor to provide a credit report for himself and his spouse,
- Debtor to provide articles of incorporation for all business to which he is a interested member, director, or other executive with authority for all business within and outside the U.S.,
- Debtor to provide documentation of valuation of shares of preferred and common stock of all businesses to which there have been shares issued to investors/shareholders other than the debtor,
- Debtor has not disclosed business information including assets, debts, and specifics of debtors interest as a director, executive and shareholder,
- Debtor to provide information about business liabilities and evidence that he is not personally liable for any guarantees made by the business, debts incurred by the business, or agreements made by the business in the ordinary course, and
- Debtor to provide evidence FMV of real property listed on Schedule A.

Homes | Rentals | Mortgage Rates | Advice | Find a Pro | Local Info | Digs™ | More          Mobile   My Zillow 0

Location: City, State, or ZIP

California   Redondo Beach   90278   1929 Ruhland Ave                                          Views: 80

# 1929 Ruhland Ave # A, Redondo Beach, CA 90278

**Not for Sale**

Zestimate: $833,153

Rent Zestimate: $3,724/mo

Est. Mortgage: $3,124/mo

See current rates on Zillow
A Bad Credit Score is 598, See Yours for $0

| | |
|---|---|
| Bedrooms: | 4 beds |
| Bathrooms: | 4 baths |
| Condo: | 2,423 sq ft |
| Lot: | 6,750 sq ft |
| Year Built: | 2000 |
| Last Sold: | Dec 2004 for $810,000 |
| Heating Type: | Contact for details |

Map   Bird's Eye   Street View



Contact a local agent



Robert Dixon
(7 reviews)
Call: (424) 257-1723

Alex Bannerman
Write a review
Call: (310) 621-6309

Jessika Werchick
(8 reviews)
Call: (310) 853-5851

Your Name

Phone

omoezzi@hotmail.com

I would like a professional estimate of my home at 1929 Ruhland Ave # A, Redondo Beach, CA 90278.

Contact Agent

Learn how to appear in this list

Correct home facts   Save this home   Get updates   Email   more ▾

## Description

This 2423 square foot condo home has 4 bedrooms and 4.0 bathrooms. It is located at 1929 Ruhland Ave Redondo Beach, California.

| Cooling | Parking | Basement Type |
|---|---|---|
| Central | Unknown | Unknown |
| **Fireplace** | **Floor Covering** | **Attic** |
| Unknown | Unknown | Unknown |

▾ More  |  Visit county website


WELLS FARGO | HOME MORTGAGE

Get $250 off closing costs

If you're ready to purchase a home, we're ready to help.

▸ Get Prequalified



## Zestimates

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| **Zestimate** | $833,153 | $392K – $1.3M | +$6,687 | $343 | 05/28/2013 |
| **Rent Zestimate** | $3,724/mo | $2.7K – $5.4K/mo | -$8 | $1.54 | 05/27/2013 |
| **Owner Estimate** | Post your own estimate | | | | |
| **Market Guide** | Zillow predicts 90278 home values will rise 9.6% next year, compared to a 9.7% rise for Redondo Beach as a whole. Among 90278… | | | | |
| | more | | | | |

### Similar Homes for Sale

2112 Harriman Ln # B, …
**For Sale:** $879,122
Beds: 4      Sqft: 2411
Baths: 3.0   Lot: 7492

2000 Mathews Ave UNI…
**For Sale:** $432,126
Beds: 2      Sqft: 1238
Baths: 1.5   Lot: 11255

2109 Carnegie Ln APT …
**For Sale:** $540,000
Beds: 3      Sqft: 1583
Baths: 1.5   Lot: 7405

See listings near 1929 Ruhland Ave # A

Case 2:10-cv-00258-JRG   Document 555-2   Filed 10/17/13   Page 14 of 41 PageID #: 13582

5/29/13   Case 2:13-bk-19771-VZB   Doc 286   Filed 05/30/13   Entered 05/30/13 09:54:30   Desc
Main Document   Page 7 of 40   Page 13 of 40

Loading chart...



View your 3 Bureau Credit Report

## Nearby Similar Sales

**2021 Ruhland Ave # 2, Redondo Beach, C...**

**Sold on 3/6/2013: $574,000**

| | |
|---|---|
| Beds: 4 | Sqft: 2480 |
| Baths: 3.0 | Lot: 7494 |

**2007 Curtis Ave # A, Redondo Beach, CA ...**

**Sold on 9/17/2012: $425,000**

| | |
|---|---|
| Beds: 4 | Sqft: 2530 |
| Baths: 3.0 | Lot: 7502 |

**1930 Gates Ave # B, Redondo Beach, CA ...**

**Sold on 11/29/2012: $798,000**

| | |
|---|---|
| Beds: 4 | Sqft: 2412 |
| Baths: 3.0 | Lot: 7405 |

See sales similar to 1929 Ruhland Ave # A

## Featured Partners

**Quicken Loans® Home Loans**
www.QuickenLoans.com
No need to go to a bank. Get your
home mortgage online with us today!

**Capital One Home Loans**
www.capitalone.com/home-loans
Create mortgage envy with a home
loan you can brag about. Learn more.

**CHASE**
www.chase.com
Chase Mortgage Cash Back can save
you thousands

## Neighborhood

◉ Home Values

○ Listings

View larger map

## Nearby Schools in Redondo Beach

Data and ratings provided by GreatSchools.org

| | Grades | Distance |
|---|---|---|
| Madison Elementary (assigned) | K-5 | 0.6 mi |
| Adams Middle (assigned) | 6-8 | 1.1 mi |
| Redondo Beach Learning Academy (assigned) | 9-12 | 1.8 mi |
| Birney Elementary | K-5 | 0.4 mi |
| Explorers In Learning Academy | 6, 8, 12 | 0.4 mi |
| Lincoln Elementary | K-6 | 0.5 mi |



Case 2:10-cv-00258-JRG   Document 555-2   Filed 10/17/13   Page 15 of 41 PageID #: 13583

5/29/13     Case 2:13-bk-19771113-VZB   Doc 286   Filed 05/28/13   Entered 05/28/13 09:45:04   Desc
Main Document   Page 8 of 11   Page 14 of 40

Mira Costa High

**More schools in Redondo Beach**

**Contact a local agent**



☑ **Robert Dixon**
     (7 reviews)
    Call: (424) 257-1723

☐ **Alex Bannerman**
     Write a review
    Call: (310) 621-6309

☐ **Jessika Werchick**
     (8 reviews)
    Call: (310) 853-5851

| Your Name |
| Phone |
| omoezzi@hotmail.com |
| I would like a professional estimate of my home at 1929 Ruhland Ave # A, Redondo Beach, CA 90278. |

[ Contact Agent ]

Learn how to appear in this list

Browse more 90278 listing agents

| **Nearby Cities** | **Nearby Neighborhoods** | **Nearby Zip Codes** | **Other Redondo Beach Topics** |
|---|---|---|---|

1929 Ruhland Ave # A, Redondo Beach, CA, 90278 is a condo of 2,423 sqft on a lot of 6,750 sqft (or 0.15 acres). Zillow's Zestimate® for 1929 Ruhland Ave # A is $833,153 and the Rent Zestimate® is $3,724/mo. This condo has 4 bedrooms, 4 baths, and was built in 2000. The 4 bed condo at 2112 Harriman Ln # B in Redondo Beach is comparable and for sale for $879,122. This condo is located in Redondo Beach in zip code 90278. Robert Dixon and Alex Bannerman provide real estate services in 90278. Riviera is a nearby neighborhood. The closest ZIP codes are 90022 and 90221. Glendale, Inglewood, and Lancaster are the nearest cities.

| About | Zestimates | Jobs | Help | Advertise | Terms of Use & Privacy Policy | Blog |

Yahoo!-Zillow Real Estate Network     © 2006-2013 Zillow     Follow us 🐦 f g+

## PROOF OF SERVICE DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

700 South Flower Street, Suite 1215
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify) **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 30, 2013, I checked the CM/ECF document for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2.   SERVED BY UNITED STATES MAIL:**
On  May 30, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

KHAN, ZAFAR DAVID                                LEWIS R. LANDAU

1929 RUHLAND AVE., UNIT A                        23564 CALABASAS RD., #104
REDONDO BEACH, CA 90278                          CALABASAS, CA 91302-

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  May 30, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury that the laws of the United States that the foregoing is true and correct.

| May 30, 2013 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| Date | Type Name | Signature |

# EXHIBIT B

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Central District of California

In re ___Zafar David Khan_____     Case No.  __2:13-bk-19713-VZ__

_____Debtor_____

Chapter  __13_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $  751,000.00 | | |
| B – Personal Property | YES | 3 | $  56,893.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $  583,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $  144,558.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $  9,260.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $  8,360.00 |
| **TOTAL** | | 15 | $  807,893.00 | $  727,558.00 | |

**B6D (Official Form 6D) (12/07)**

In re  Zafar David Khan                            ,                    Case No. 2:13-bk-19713-VZ
_____                          _____
                    **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0238088652<br><br>Suntrust Mortgage Inc.<br>PO Box 26149<br>Richmond, VA 23260<br><br>VALUE $ 751,000.00 | | | | | | | 583,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

  <u>  0  </u> continuation sheets attached

                                  Subtotal ▶   $ 583,000.00 | $ 0.00
                             (Total of this page)
                                     Total ▶   $ 583,000.00 | $ 0.00
                            (Use only on last page)

                                             (Report also on     (If applicable, report
                                             Summary of Schedules  also on Statistical
                                             Summary of Certain
                                             Liabilities and Related
                                             Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** -Acrobat PDFWriter

**B6E (Official Form 6E) (04/13)**

In re ___Zafar David Khan_____ ,     Case No.___2:13-bk-19713-VZ_____
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

B6E (Official Form 6E) (04/13) - Cont.

In re  Zafar David Khan                                    ,        Case No.  2:13-bk-19713-VZ
_____                                            _____
          Debtor                                                            (if known)


☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐   **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 -32711-301X-***** - Acrobat PDFWriter

_1_   **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

In re  Zafar David Khan                              ,          Case No. 2:13-bk-19713-VZ
                        **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 029586018<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | Incurred: 2013<br>Consideration: Taxes | X | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 0.00 | | |

| | | |
|---|---|---|
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 0.00 | $ 0.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

B6F (Official Form 6F) (12/07)

In re   Zafar David Khan                    ,        Case No.    2:13-bk-19713-VZ
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5466388417925224 <br><br> Barclays US Air <br> Card Services <br> PO Box 13337 <br> Philadelphia, PA 19101 | | | | | | | 42,656.00 |
| ACCOUNT NO.  4388576026054630 <br><br> Chase United Mileage Plus <br> Card Services <br> PO Box 94014 <br> Palatine, IL 60094 | | | Consideration: Credit Cards | | | | 1,075.00 |
| ACCOUNT NO.  5082290049438408 <br><br> Citibank Aadvantage <br> Processing Center <br> Des Moines, IA 50363 | | | | | | | 827.00 |
| ACCOUNT NO. <br><br> CMRE Financial Svcs In <br> 3075 E Impreial Hwy, Ste 200 <br> Brea, CA 92821 | | | | | | | Notice Only |

    1    continuation sheets attached                     Subtotal ➤ | $ | 44,558.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-32011-3011X-***** - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Zafar David Khan                                    ,            Case No.    2:13-bk-19713-VZ
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Henry Ben-Zvi<br>Ben-Zvi & Associates<br>3231 Ocean Park Boulevard, Suite 212<br>Santa Monica, California 90405 | | | | | | | Notice Only |
| ACCOUNT NO.   YC061581 | | | Incurred: Pending<br>Consideration: LASC Complaint<br>$100,000 liquidated as of petition date.<br>Remainer unliquidated; pending LASC proceedings. | | | | |
| Kenneth Barton<br>c/o Patrick C. McGarrigle Esq.<br>McGarricle, Kenney & Zampiello APC<br>9600 Topanga Canyon Blvd., Suite 200<br>Chatsworth, CA 91311 | X | | | X | X | X | 100,000.00 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal ▸ | $ | 100,000.00 |
|---|---|---|---|
|  | Total ▸ | $ | 144,558.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In Re  Zafar David Khan                                    Case No. 2:13-bk-19713-VZ
                                                                   (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2013(db) | 33000.00 | Rpost Us Inc. |
| 2012(db) | 132000.00 | Rpost Us Inc. |
| 2011(db) | 132000.00 | Rpost Us Inc. |
|  |  |  |
| 2013(nfs) | 4000 | Zansu Inc. |
| 2012(nfs) | 10000 | Zansu Inc. |
| 2011(nfs) | 0 |  |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 -32711-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                                                2

---

**2.  Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT |  | SOURCE |
|---|---|---|
| 2013  (db) | 0.00 | |
| 2012(db) | 0.00 | |
| 2013(nfs) | 0.00 | |
| 2012(nfs) | 0.00 | |

---

**3.  Payments to creditors**

None

☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| American Express | December, Jan, Feb | 6000 | |
| Bank Of America , CA | April 1 | 14716 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 -32711-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                                3

---

| None | | | | |
|------|------|------|------|------|
| ☐ | b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | | | |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------|------|------|------|
| American Express<br>Box 0001<br>Los Angeles, CA 90096 | 12/12, 1/13, 1/14 | 6000 | |
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | 4/1 | 14716 | |

| None | | |
|------|------|------|
| ☒ | c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------|------|------|------|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

| None | | |
|------|------|------|
| ☐ | a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|------|------|------|------|
| Case No. YC051312 And YC065259 | Civil Business Torts | Torrance, Los Angeles Superior Court | Pending |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-*****  - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                                              4

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

None   b.      Describe all property that has been attached, garnished or seized under any legal or equitable process
☒      within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
       12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒         deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
          of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
          property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
          joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None   a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒      preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
       any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
       chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          5

**7.   Gifts**

None
☒            List all gifts or charitable contributions made within one year immediately preceding the commencement of
         this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
         family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
         under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
         joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND | RELATIONSHIP | DATE OF | DESCRIPTION AND |
| ADDRESS OF | TO DEBTOR, IF ANY | GIFT | VALUE OF GIFT |
| PERSON OR ORGANIZATION | | | |

**8.   Losses**

None
☒            List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
         commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
         or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
         spouses are separated and a joint petition is not filed.)

| DESCRIPTION | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS | DATE OF |
| AND VALUE | WAS COVERED IN WHOLE OR IN PART BY | LOSS |
| OF PROPERTY | INSURANCE, GIVE PARTICULARS | |

**9.   Payments related to debt counseling or bankruptcy**

None
☐            List all payments made or property transferred by or on behalf of the debtor to any persons, including
         attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
         petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF PAYMENT, | AMOUNT OF MONEY OR |
| OF PAYEE | NAME OF PAYOR IF | DESCRIPTION AND |
| | OTHER THAN DEBTOR | VALUE OF PROPERTY |
| Lewis R. Landau | 4/14/2013 | $9,281 |
| Horgan, Rosen, Beckham & | | |
| Coren, LLP | | |
| 23975 Park Sorrento, Suite 200 | | |
| Calabasas, CA 91302 | | |

B7 (Official Form 7) (04/13)                                                                                      6

**10.  Other transfers**

None
☒
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☒
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☒
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                                   7

---

### 13. Setoffs

None
☒          List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None
☒          List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15. Prior address of debtor

None
☒          If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

### 16. Spouses and Former Spouses

None
☐          If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Suzanne Khan

---

### 17. Environmental Sites

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒          a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                              8

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a
release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental
Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit
that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director,
partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a
trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the six years immediately preceding the commencement
of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Rpost International Limited | | Pitts Bay Road Pembroke, Bermuda, | Tech | Ongoing |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined
in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                          9

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None      a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐                bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Glazer Group                                        Last 2 years.
13747 Montfort Ste 350
Dallas, TX 75240

None      b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒                case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None      c.      List all firms or individuals who at the time of the commencement of this case were in possession of the
☐                books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                    ADDRESS

See 19.

None      d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒                a financial statement was issued within the two years immediately preceding the commencement of this case by
                 the debtor.

NAME AND ADDRESS                                    DATE
                                                   ISSUED

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)

10

---

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒         taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| | | (Specify cost, market or other basis) |

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒         reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒         directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒         immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒         terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                     11

---

**23.  Withdrawals from a partnership or distribution by a corporation**

None
☒          If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24.  Tax Consolidation Group**

None
☒          If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25.  Pension Funds**

None
☒          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

\*     \*     \*     \*     \*     \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct.

Date   4/29/2013                              Signature
                                             of Debtor        /s/ Zafar David Khan

                                                              ZAFAR DAVID KHAN

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-789 - 32711-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                                    12

_____0_____  continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

# EXHIBIT C

9/23/13                                    CM/ECF - U.S. Bankruptcy Court (Central)

# Central District Of California
# Claims Register

### 2:13-bk-19713-VZ Zafar David Khan

| | |
|---|---|
| **Judge:** Vincent P. Zurzolo | **Chapter:** 13 |
| **Office:** Los Angeles | **Last Date to file claims:** 08/26/2013 |
| **Trustee:** Nancy K Curry (TR) | **Last Date to file (Govt):** 10/11/2013 |

| Creditor:        (33710498)<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim No: 1<br>*Original Filed*<br>*Date:* 05/29/2013<br>*Original Entered*<br>*Date:* 05/29/2013<br>*Last Amendment*<br>*Filed:* 07/22/2013<br>*Last Amendment*<br>*Entered:* 07/22/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Carolyn L Brown<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $79084.00 | | |
|---|---|---|---|---|
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $0.00 | | |

| History: | | | | |
|---|---|---|---|---|
| Details | 1-1 | 05/29/2013 | Claim #1 filed by Internal Revenue Service, Amount claimed: $59178.20 (Brown, Carolyn ) |
| Details | 1-2 | 07/12/2013 | Amended Claim #1 filed by Internal Revenue Service, Amount claimed: $78878.34 (Brown, Carolyn ) |
| Details | 1-3 | 07/22/2013 | Amended Claim #1 filed by Internal Revenue Service, Amount claimed: $79084.00 (Brown, Carolyn ) |

| *Description:* |
|---|
| *Remarks:* |

| Creditor:        (34257865)<br>SUNTRUST MORTGAGE, INC.<br>BANKRUPTCY DEPARTMENT RVW<br>3034<br>PO BOX 27767<br>RICHMOND VA 23261 | Claim No: 2<br>*Original Filed*<br>*Date:* 08/13/2013<br>*Original Entered*<br>*Date:* 08/13/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tracie M Gregory<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $568032.48 | | |
|---|---|---|---|---|
| Secured | claimed: | $568032.48 | | |

| History: | | | | |
|---|---|---|---|---|
| Details | 2-1 | 08/13/2013 | Claim #2 filed by SUNTRUST MORTGAGE, INC., Amount claimed: $568032.48 (Gregory, Tracie ) |

| *Description:* (2-1) KHAN.POC.8652 |
|---|
| *Remarks:* (2-1) ARREARAGE $611.70 |

| Creditor:        (34291393)<br>Cerastes, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Claim No: 3<br>Original Filed<br>Date: 08/21/2013<br>Original Entered<br>Date: 08/21/2013 | Status:<br>Filed by: CR<br>Entered by: Josh Harrison<br>Modified: |
|---|---|---|

| Amount claimed: $41063.96 |
|---|

**History:**

| Details | 3-1 | 08/21/2013 | Claim #3 filed by Cerastes, Llc, Amount claimed: $41063.96 (Harrison, Josh ) |
|---|---|---|---|

*Description:*

*Remarks:*

| Creditor:        (34294906)<br>Portfolio Recovery Associates, LLC<br>c/o Chase Bank Usa, N.a.<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 4**<br>Original Filed<br>Date: 08/22/2013<br>Original Entered<br>Date: 08/22/2013 | Status:<br>Filed by: CR<br>Entered by: Christina Jewell<br>Modified: |
|---|---|---|

| Amount claimed: $1075.95 |
|---|

**History:**

| Details | 4-1 | 08/22/2013 | Claim #4 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1075.95 (Jewell, Christina ) |
|---|---|---|---|

*Description:*

*Remarks:*

| Creditor:        (33710499)<br>Kenneth Barton<br>c/o Patrick C. McGarrigle Esq.<br>McGarricle, Kenney & Zampiello APC<br>9600 Topanga Canyon Blvd., Suite 200<br>Ch | **Claim No: 5**<br>Original Filed<br>Date: 08/23/2013<br>Original Entered<br>Date: 08/23/2013 | Status:<br>Filed by: CR<br>Entered by: Philip A Zampiello<br>Modified: |
|---|---|---|

| Amount claimed: $7500000.00 |
|---|

**History:**

| Details | 5-1 | 08/23/2013 | Claim #5 filed by Kenneth Barton, Amount claimed: $7500000.00 (Zampiello, Philip ) |
|---|---|---|---|

*Description:*

*Remarks:*

| Creditor:        (34303636)<br>126736 Canada Inc., a Canadian<br>corporation<br>c/o Scott E. Shapiro, Esq.<br>APPELL SHAPIRO, LLP<br>15233 Ventura Blvd, Suite 420<br>Sherman Oaks, CA 91403 | **Claim No: 6**<br>Original Filed<br>Date: 08/23/2013<br>Original Entered<br>Date: 08/23/2013 | Status:<br>Filed by: CR<br>Entered by: Scott E Shapiro, Esq<br>Modified: |
|---|---|---|

| Amount | claimed: | $20000000.00 | | |||

| History: | | | | |
|---|---|---|---|---|
| Details | 6-1 | 08/23/2013 | Claim #6 filed by 126736 Canada Inc., a Canadian corporation, Amount claimed: $20000000.00 (Shapiro, Scott ) |

Description: (6-1) Shareholder Derivative Claim

Remarks:

---

| Creditor:        (34303665)<br>George Martin<br>c/o Scott E. Shapiro, Esq.<br>APPELL SHAPIRO, LLP<br>15233 Ventura Blvd, Suite 420<br>Sherman Oaks, CA 91403 | Claim No: 7<br>Original Filed<br>Date: 08/23/2013<br>Original Entered<br>Date: 08/23/2013 | Status:<br>Filed by: CR<br>Entered by: Scott E Shapiro, Esq<br>Modified: |
|---|---|---|

| Amount | claimed: | $20000000.00 | | |||

| History: | | | | |
|---|---|---|---|---|
| Details | 7-1 | 08/23/2013 | Claim #7 filed by George Martin, Amount claimed: $20000000.00 (Shapiro, Scott ) |

Description: (7-1) Shareholder Derivative Claim

Remarks:

---

| Creditor:        (34303845)<br>Thomas Burke<br>c/o Scott E. Shapiro, Esq.<br>APPELL SHAPIRO, LLP<br>15233 Ventura Blvd, Suite 420<br>Sherman Oaks, CA 91403 | Claim No: 8<br>Original Filed<br>Date: 08/23/2013<br>Original Entered<br>Date: 08/23/2013 | Status:<br>Filed by: CR<br>Entered by: Scott E Shapiro, Esq<br>Modified: |
|---|---|---|

| Amount | claimed: | $20000000.00 | | |||

| History: | | | | |
|---|---|---|---|---|
| Details | 8-1 | 08/23/2013 | Claim #8 filed by Thomas Burke, Amount claimed: $20000000.00 (Shapiro, Scott ) |

Description: (8-1) Shareholder Derivative Claim

Remarks:

---

## Claims Register Summary

**Case Name:** Zafar David Khan
**Case Number:** 2:13-bk-19713-VZ
**Chapter:** 13
**Date Filed:** 04/14/2013
**Total Number Of Claims:** 8

| Total Amount Claimed* | $68189256.39 |
|---|---|
| Total Amount Allowed* | |

Case 2:10-cv-00258-JRG   Document 555-2   Filed 10/17/13   Page 41 of 41 PageID #:  13609

9/23/13      Case 2:13-bk-19713-WB    Doc 46  CM/ECF - U.S. Bankruptcy Court (v5.1.1.3) Entered 09/23/13 15:53:24    Desc
                                      Main Document    Page 40 of 40

\* includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| Secured | $568032.48 |  |
| Priority | $0.00 |  |
| Administrative |  |  |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/23/2013 11:18:32 | | |
| PACER Login: | nc0048 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 2:13-bk-19713-VZ Creditor Type: cr,adm,20,lmt,ntcapr Filed or Entered From: 9/3/2000 Filed or Entered To: 12/31/2013 |
| Billable Pages: | 1 | Cost: | 0.10 |