IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AMAZON.COM, INC., et al.<br><br>　　　　Defendants. | Civil Action No. 2:10-cv-258-JRG<br>(Lead Case)<br><br>Hon. Rodney Gilstrap |

**OPPOSED MOTION TO FILE UNDER SEAL RPOST HOLDINGS, INC.'S, RPOST COMMUNICATION LIMITED'S, AND RMAIL LIMITED'S REPLY IN SUPPORT OF OPPOSED MOTION TO STRIKE NOTICE OF LIEN**

　　　　Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited (collectively, "RPost") file this Opposed Motion to File Under Seal RPost's Reply In Support Of Opposed Motion To Strike Notice Of Lien.

　　　　Among other things, RPost cites to the Declarations of Carole Krechman and Lewis E. Hudnell, III, which contain highly confidential information. As such, RPost respectfully requests that its Reply be filed under seal.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: October 28, 2013　　　　　　　　　　/s/ Lewis E. Hudnell, III
　　　　　　　　　　　　　　　　　　　　　　Winston O. Huff, Attorney in Charge
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24068745
　　　　　　　　　　　　　　　　　　　　　　Deborah Jagai
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24048571
　　　　　　　　　　　　　　　　　　　　　　W. O. Huff & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　　　302 Market Street, Suite 450
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　　　　　214.749.1220 (Firm)
　　　　　　　　　　　　　　　　　　　　　　469.206.2173 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　　whuff@huffip.com
　　　　　　　　　　　　　　　　　　　　　　djagai@huffip.com

Page - 1

Lewis E. Hudnell, III
Colvin Hudnell LLP
375 Park Avenue
Suite 2607
New York, New York 10152
Tel: 212.634.6844
Fax: 347.772.3034
lewis@colvinhudnell.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

      I certify that I attempted conferred in good faith with lead counsel for Kenneth Barton, regarding this motion to file under seal. Counsel for Barton could not be reached. Therefore, RPost files this motion as opposed.

                                              /s/ Lewis E. Hudnell, III
                                              Lewis E. Hudnell, III

## CERTIFICATE OF SERVICE

      I certify that all parties of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of October, 2013. A copy of the documents filed under seal are being served with a copy of the same via electronic email.

                                              /s/ Lewis E. Hudnell, III
                                              Lewis E. Hudnell, III