**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RMAIL LIMITED, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| AMAZON.COM, INC., PAYPAL, INC., SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL (SWIFT), | § § § § § § | **CIVIL ACTION NO. 2:10-CV-00258-JRG** (Lead Case) |
| DOCUSIGN, INC., | § § § | **CIVIL ACTION NO. 2:11-CV-00299-JRG** (Member Case) |
| RIGHT SIGNATURE, LLC, FARMERS GROUP, INC., FARMERS INSURANCE COMPANY, INC., | § § § § | **CIVIL ACTION NO. 2:11-CV-00300-JRG** (Member Case) |
| ADOBE SYSTEMS INCORPORATED, ECHOSIGN, INC., | § § § § | **CIVIL ACTION NO. 2:11-CV-00325-JRG** (Member Case) |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion to Joint Motion for Expedited Briefing Schedule Related to (1) Defendants' Motion to Strike Portions of Plaintiffs' Expert Reports, and (2) Plaintiffs' Motion for Leave ("the Motion"). (Dkt. No. 687). Pursuant to local rule CV-7(e), the Parties ask for an expedited briefing schedule for the Defendants' Opposed Motion to Strike Portions of the Expert Report of Dr. Kevin Almeroth (Dkt. No. 686) and for Plaintiffs' Motion for Leave to Assert Additional Patent Claims (Dkt. No. 688). Having considered the Motion, the Court finds it should be and hereby is **GRANTED**. Accordingly, the Parties are **ORDERED** to conform filing deadlines to the schedule set forth in the Motion. (Dkt. No. 687 at 2).

**So ORDERED and SIGNED this 9th day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE