# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED, et al., | |
| Plaintiffs, | |
| v. | |
| AMAZON.COM, INC., et al., | **Civil Action No. 2:10-CV-258-JRG** (Lead Case) |
| DOCUSIGN, INC., | Civil Action No. 2:11-cv-299-JRG |
| RIGHTSIGNATURE, LLC, FARMERS GROUP, INC., FARMERS INSURANCE COMPANY, INC., | Civil Action No. 2:11-cv-300-JRG |
| ADOBE SYSTEMS INCORPORATED, ECHOSIGN, INC., | Civil Action No. 2:11-cv-325-JRG |
| Defendants. | |

**ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT (DKT. 886) PLAINTIFFS' OPPOSED SEALED MOTION IN *LIMINE***

**Exhibit 1**
**Statement of Decision (YC061581)**

**Exhibit 2**
**Zafar Kahn Declaration**

**Exhibit 3**
**Judgment After Court Trial**

**Exhibit 4**
**Statement of Decision (259 Case)**

**Exhibit 5**
**Ryan Cox Deposition (March 29, 2019)**

**Exhibit 6**
**DocuSign's Amended Initial Disclosures**

**Exhibit 7**
**Thomas Gonser Deposition (February 19, 2019)**

**Exhibit 8**
**Grant Peterson Deposition (March 20, 2019)**

**Exhibit 9**
**Ryan Cox Deposition (March 29, 2019)**

**Exhibit 10**
**Leeman Deposition**

**Exhibit 11**
**Email Exchange Regarding Deposition Scheduling**

**Exhibit 12**
**Service Email**

**Exhibit 13**
**DocuSign's Amended Initial Disclosures (April 1, 2019)**

**Exhibit 14**
**Docusign Witness List**

**Exhibit 15**
**Docusign's Initial Disclosures Excerpts in DocuSign II case (January 14, 2019)**

**Exhibit 16**
**Certificate of Conference**

Date: May 29, 2019

Respectfully submitted,

By: /s/ *William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
Christian Hurt
Texas State Bar No. 24059987
churt@bdavisfirm.com
Edward Chin (Of Counsel)
Texas State Bar No. 50511688
echin@bdavisfirm.com

2

███████████████████████████

        Debra Coleman (Of Counsel)
        Texas State Bar No. 24059595
        dcoleman@bdavisfirm.com
        **THE DAVIS FIRM, PC**
        213 N. Fredonia Street, Suite 230
        Longview, Texas 75601
        Telephone: (903) 230-9090
        Facsimile: (903) 230-9661

        ***Counsel for Plaintiffs***
        ***RPost Holdings, Inc.***
        ***RPost Communications Limited***
        ***Rmail Limited***

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing sealed document is being served via email on all counsel on this May 29, 2019.

        /s/ *William E. Davis, III*
        William E. Davis, III

███████████████████████████

3